

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00313-CV

_____

## IN THE INTEREST OF E.M. AND J.M., CHILDREN

_____

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 13-001081-CV-85

---

## ORDER

---

The opinion in this appeal issued on May, 28, 2015. Accordingly, appellant

Jessica Makin's Motion for Leave to Present Oral Argument is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed as moot
Order issued and filed June 4, 2015

